# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| SANTANDER BANK, N.A. | * | |
| v. | * | Civil No. – JFM-17-1564 |
| REVERE BANK | * | |

## MEMORANDUM

Revere Bank has filed a motion to dismiss on the grounds of the complaint violates Fed. R. Civ. P. 19 and Fed. R. Civ. P. 12(b)(7). The motion (document 17) will be granted.

The question of whether Mr. Gaver and GTI are indispensable parties is a close one. However, in light of the fact that joinder of Mark I. Gaver and Gaver Technologies, Inc. in this action would not deprive the court of subject matter jurisdiction argues in favor of their being joined.

A separate order effecting the ruling made in this memorandum is being entered herewith.

Date: _September 28, 2017_

_/s/ J. Frederick Motz_
J. Frederick Motz
United States District Judge

2017 SEP 28 PM 3:22